Luther Dewayne Parks
TDCJ # 01206752
Stevenson Unit
1525 FM 766,
Cuero, Tx 77954

11/16/2025

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
200 E. Wall Street room 222
Midland, Texas 79701

FILED
NOV 21 2025
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

MO-24-CV-00133-DC

Petitioner
Luther Dewayne Parks

V.

Respondent
Eric Guerrero
Director of TDCJ

7:25-cv-543

<u>28. U.S.C 2254 FEDERAL MOTION TO</u>

<u>VACATE CONVICTION AND INVOKE</u>

<u>ADJUDICATION WITH THE EXCEPTION</u>

<u>A 180 DAY APPEALABILITY CERTIFICATE</u>

<u>CALCULATION TIME SERVE</u>

Conviction in the 385th District Court of Midland County
Court Case # CR-28765
Nov, 18th 2003

CR28765-B                                                   WR-75,609-02

MO-24-CV-00133-DC

## "FACTS"

A Federal Court may grant relief if the State court adjudicated a Constitutional Claim Contrary to, or unreasonably applied, Clearly established Federal law as determined by the Suprem Court, Harrington V. Richter, 562 U.S. 86. 100-01 (2011) (Citing (Terry, Williams V. Taylor, 529 U.S 362, 412 (2000)).

Or the Court may grant relief if the State court decision was based on an unreasonable determination of FACTS in light of the record.
Id Section 2254 (d)* Standard is necessarily difficult to meet because it was so designed.

---

I Petitioner Luther Dewayne Parks give two types of ADJUDICATION in Case # CR-28765

## ARGUMENTS

Page #1   TDCJ Stevenson Unit Conduct Report!
Page #2   Rare and exceptional Circumstance presented by name!
Page #3   Adjudication and Calculation
Page #4   Adjudication Felony To a Misdemeanor!
Page #5   Certificate of Service!

11/16/2025

TDCJ Steveson Unit Conduct Report                                            11/16/2025

Petitioner Luther Dewayne Parks,

As of Aug 13th 2025 I was new to the Steveson unit. This unit is the way ALL TDCJ should be ran! I am truly grateful to be on this unit!

Since I've been here, I establish a Job in the Furniture Factory run by TCI, I Live in the Faith and Fitness program and as of Oct 19th, my 49th birthday, Steveson unit Paster Todd did then and there baptized me in the name of the Father, Son and Holy Spirit!

I truly believe God is preparing me for my up coming release from TDCJ and if not soon then no later then 2/25/28!

In all my years in TDCJ, I do indeed see God at work on the Steveson unit!

        Once more I am grateful!

Copy al #1

<u>Rare and exceptional Circumstance Presented by name</u>

<u>Petitioner Luther Dewayne Parks,</u>                    <u>11/16/2025</u>

It is indeed a fact that when I filed my first writ of Habeas Corpus 11.07 application and when it was denied, I had 459 Day's to file my 2254 federal writ!

Yet when I recived the Midland County District Attorney answer to writ CR-28765-A and I saw the name Weldon Ralph Petty Jr that's when I remembered my Jail house experience with Mr Petty Jr and yes I FEARED Mr Petty's Power!

I did not know and I had no knowledge that Mr Petty was then at the time of my trial and the time of my first writ of Habeas Corpus 11.07, That Mr Petty was a de facto law Clerk and was in a dual empeloyment with the Midland County Judge's

Looking back 22 plus years I remembered it was Mr Petty Jr who talked me about the Writ of Habeas Corpus 11.07 application, this was at the time of my trial when Mr Petty had Scarted me to the men's restroom at break in my trial on Nov 17th 2003!

My rare and exceptional Circumstance Presented by name

Weldon Ralph Petty, Jr

<u>Need I say more</u>?

Copyed #2

Adjudication and Calculation          11/16/2025

Petitioner Luther Dewayne Parks,

On Feb 9th 2022 The CCA had dismissed my writ of Habeas Corpus 11.07 as moot! CR-28765-B — WR-75,609-02
It was then I started to put all the puzzle pices all together on my conviction and my time in Midland County Jail!
I then sent letters to the Midland County's D.A. office!
I then filed more writ of Habeas Corpus 11.07 application only to be dismissed as Subsequent Sec 4 (a)(c)
I then filed my 28 U.S.C 2254 Federal writ and when I recived the Respondents Brief in support, I found a New word ADJUDICATION!
In other words the State Court did not give me notice of such an adjudication and I have not recived a copy of the state Court records
I now assume becuse of other's Cases in Midland County have been adjudicated to a much lesser Charge, do to the FACT that I'am in the same boat as others in dual employments on writ of Habeas Corpus 11.07 application, Then with the EXCEPTION of a 180 working Day Appealability Certificate, ADJUDICATE and CALCUATE!

"CALCULATION"

From my arrest in 2003 of February to the time line of the Constitutional Violation on the Day and Date of Mr Petty, Jr recived Pay from the Judge on work in Writ CR-28765-A!
In other words on the Day and Date of the billing spread Sheet is Calcuated Time Serve!
From May 2011 to now Nov 2025 I am INDEED entitle to a large compensation and for my Good time, work time in TDCJ!
Yet with in the time line of my 180 Day appeal Certificate, I Petitioner Luther Dewayne Parks DECLINE to ACCEPT Such compensation, UP on my release from TDCJ my 180 Day Count down will start and this will give me lead way to find me a legal team to help me fight this FALSE Conviction in the most highest Court of Law!
Compensation will be accepted at a latter time!
Yes that Copy of the billing spread sheet was included in writ CR-28765-B!

"OR"

Copyed# 3

Adjudicate Felony to a MISDEMEANOR                11/16/2025

Petitioner Luther Dewayne Parks

It is INDEED stated by this Court that the Habeas Court has Consider my actual innocence Claim! Will the state debate on a new bill on a much lesser charge and retry when it will indeed show Double Jeopardy! I Petitioner Luther Dewayne Parks state my objection on the first bill indictment CR-28765

It was INDEED brought against me in BAD FAITH!
The intelligence of this Court and ALL parties know the motive!
Yet this Court states that I have not present evidence!
"FACT THE RECORD OF MY CONVICTION IS THE EVIDENCE"!

If the State of Texas, wish to RESOLVE this case once and for all, then with the EXCEPTION of a Tax free SETTLEMENT for Money Compensation in the amount of $35,000,000.00 Thirty five million Dollars, adjudicate felony to a misdemeanor, restore all my civil rights to the fullest, including rights to vote and bar arms!

Up on my release from TDCJ, I wish to walk out in a form of fashionable such as western were Cowboy hat and boots tailor to fit!
Commendation at the Hilton Inn for a 20 Day stay in a Presidential sweet in my home town Kerrville, Texas!

Only if this plea is granted Only then I will wave my rights to a 1983 on Midland County!

If this Court denies me relief knowing the truth about my Conviction is indeed INJUSTICE!

Respectfully Stated
Petitioner Luther Parks

Copy#4

## Certificate of Service
### 11/16/2025

Petitioner Luther Dewayne Parks, do hereby certify that a true and correct copy of the foregoing motion will be served by placing same as Post stamp and addressed to

The Clerk, U.S. District Court Western District of Texas, United States Courthouse 200 E. Wall Street room 222 Midland County Texas 79701

MO-24-CV-00133-DC

Place in Stevenson unit mail box on 11/16/2025

A copy of this motion has been sent to my family for my at home records

Respectfully Stated
Petitioner Luther Dewayne Parks
Luther Dewayne Parks
TDCJ# 01206752

Luther Dewayne Parks
TDCJ # 01206752
Staveson unit
1525 FM 766,
Cuero, Tx 77954

RECEIVED
NOV 21 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Legal mail !

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
18 NOV 2025 AM 4 L

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
200 E. Wall Street Room 222
Midland, Texas 79701

79701-520172

PRIVILEGED INMATE MAIL
NOT INSPECTED BY TDCJ
DETENTION COMMAND
INSTITUTIONS DIVISION