# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **LUTHER DEWAYNE PARKS,** *Petitioner* | § § § § | |
| v. | § § | MO-25-CV-00543-DC |
| **ERIC GUERRERO, DIRECTOR TDCJ-CID,** *Respondent* | § § § § | |

## FINAL ORDER OF TRANSFER

On this day, the Court entered an Order *Sua Sponte* Transferring this Writ of Habeas Corpus to the Fifth Circuit. After considering Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody filed pursuant to 28 U.S.C. §2254, the Court finds that it is in the interest of justice to **TRANSFER** Petitioner's §2254 to the Fifth Circuit as a second or successive habeas application.

It is so **ORDERED**.

**SIGNED** this 1st day of December, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE