# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-50997
_____

In re Luther Dewayne Parks,

Movant.

United States Court of Appeals
Fifth Circuit
**FILED**
January 13, 2026
Lyle W. Cayce
Clerk

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of December 4, 2025.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Rebecca Jeanfreau, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2026

Mr. Philip Devlin
Western District of Texas, Midland
United States District Court
200 E. Wall Street
Room 222
Midland, TX 79701-0000

    No. 25-50997   In re: Luther Parks
                      USDC No. 7:25-CV-543

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Rebecca L. Jeanfreau, Deputy Clerk
            504-310-7645

cc w/encl:
    Mr. Luther Dewayne Parks